NUMBER 13-06-635-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


RYAN PARR D/B/A RP CONSTRUCTION, Appellant,


v.



BRIAN ALLEN BIRDWELL, Appellee.

___________________________________________________________________


On appeal from the County Court at Law 


of Kleberg County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, RYAN PARR D/B/A RP CONSTRUCTION, perfected an appeal from
a judgment entered by the County Court at Law of Kleberg County, Texas, in cause
number 06-110-C. After the clerk's record was filed, appellant filed an unopposed
motion to dismiss the appeal. In the motion, appellant states that this case has been
resolved and appellant no longer wishes to prosecute this appeal. Appellant requests
that this Court dismiss the appeal and that costs be taxed against the party incurring
same.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.


 PER CURIAM

Memorandum Opinion delivered and 

filed this 22nd day of March, 2007.